Emanuel Weiss v. Commissioner.
Weiss v. Commissioner
Docket No. 108212.
United States Tax Court
1943 Tax Ct. Memo LEXIS 500; 1 T.C.M. (CCH) 447; T.C.M. (RIA) 43032; January 20, 1943
*500 STERNHAGEN Memorandum Opinion and Decision STERNHAGEN, Judge: This proceeding duly came on for trial before the Court, Division No. 10, at the court room in New York, N. Y., on January 12, 1943. No one appeared for petitioner, and Harold D. Thomas, Esq., appeared for respondent. Respondent had determined income tax deficiencies, fraud penalties, and delinquency penalties as follows: Income Tax
50%
25%
Year
Deficiency
Penalty
Penalty
1933
$ 30.00
$ 15.00
$ 7.50
1934
134.00
67.00
33.50
1935
134.00
67.00
33.50
1936
102.80
51.40
25.70
1937
13,890.40
6,945.20
3,472.60
1938
40.40
20.20
10.10
1939
40.40
20.20
10.10 all of which were assailed in the petition filed by counsel. Respondent's answer contained affirmative allegations to support the determinations. The petitioner failing to file a reply, respondent moved under Rule 18 for an order that the allegations of the answer be deemed admitted. After an order to show cause, to which petitioner made no return, the motion was granted. Respondent now moves for judgment on the pleadings. The Court finds the facts to be as stated in the answer and, by reference, in the deficiency notice, and, upon such *501 facts, holds that respondent is, as matter of law, entitled to judgment for the deficiencies and additional amounts. It is therefore DECIDED: That there are deficiencies and additional amounts in petitioner's income tax as follows: Income Tax
50%
25%
Year
Deficiency
Penalty
Penalty
1933
$ 30.00
$ 15.00
$ 7.50
1934
134.00
67.00
33.50
1935
134.00
67.00
33.50
1936
102.80
51.40
25.70
1937
13,890.40
6,945.20
3,472.60
1938
40.40
20.20
10.10
1939
40.40
20.20
10.10
$14,372.00
$7,186.00
$3,593.00